**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edison Espinoza Sanchez,<br>Petitioner<br>-vs-<br>Unknown Party,<br>Respondent. | CV-26-6311-PHX-JFM<br><br>**Order** |

Under consideration is Petitioner's Petition for Writ of Habeas Corpus filed September 4, 2026 (Doc. 1). Petitioner is a native and citizen of Colombia who has filed an application for asylum and related relief. He applications and removal proceedings remain pending. He was detained on May 25, 2026 while travelling near Blythe, California, and has been detained since with no bond hearing. The Petitioner asserts his continued detention without such hearing is illegal, and seeks a prompt individualized bond hearing.

Respondent has filed a Response (Doc. 7) simply asserting no opposition to the requested relief. Although briefing on the Petition is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motion.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED IN PART** as specified herein.

(B) Within **seven days** of the filing of this Order, Respondents must provide Petitioner a **BOND DETERMINATION HEARING** pursuant to 8 U.S.C. § 1226(a) or release Petitioner from custody under the same conditions that existed before Petitioner's detention. Petitioner—including any counsel—must be given at least two days' notice of the bond hearing.

(A) If Petitioner requests a continuance of such bond hearing from the Immigration Court, Respondents must promptly notify the Court and provide the continued date for the bond hearing.

(B) Respondents must provide a **NOTICE OF COMPLIANCE** within **three days** of releasing Petitioner or providing Petitioner a bond hearing, specifying the results of the hearing or particulars of the release.

(C) Any pending motions are **DENIED AS MOOT**.

(D) The Clerk of Court must enter **JUDGMENT** in Petitioner's favor and **CLOSE** this case.

Dated: September 15, 2026

26-6311-001o Order 26 09 15 on Petition for Writ of Habeas Corpus.docx

James F. Metcalf
United States Magistrate Judge