**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edison Espinoza Sanchez,<br>Petitioner<br>-vs-<br>Unknown Party,<br>Respondent. | CV-26-6311-PHX-JFM<br><br>**Order** |

On September 15, 2026, the Court ordered (Doc. 8) Petitioner's *pro se* Petition for Writ of Habeas Corpus granted in part, and Judgment (Doc. 9) was entered the same date accordingly. Petitioner has now filed a "Notice of Typographical Errors and Motion to Correct the Record" (Doc. 10). Petitioner reports that errors in his Petition as to his first name ("Edinson" vs. "Edison") and his alien number ("2458208035" vs. "2458208335") have been carried into the Judgment.

The Court liberally construes this filing as a Motion to Correct Clerical Error pursuant to Fed. R. Civ. Proc. 60(a).

**IT IS THEREFORE ORDERED**:

(A) Respondents have through **October 1, 2026** to respond to the Motion to Correct Clerical Error (Doc. 10).

(B) Petitioner has seven days from service of a response to reply thereto.

Dated: September 23, 2026

26-6311o Order 26 09 22 re Briefing MCorrJ.docx

James F. Metcalf
United States Magistrate Judge