**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edinson Espinoza Sanchez,<br>Petitioner<br>-vs-<br>Unknown Party,<br>Respondent. | CV-26-6311-PHX-JFM<br><br>**Order** |

On September 15, 2026, the Court ordered (Doc. 8) the granting in part of Petitioner's pro se Petition for Writ of Habeas Corpus (Doc. 1), and a Judgment (Doc. 9) was entered the same date accordingly.

On September 21, 2026, Petitioner filed a "Notice of Typographical Errors and Motion to Correct the Record" (Doc. 10). Petitioner reports that errors in his Petition as to his first name ("Edinson" vs. "Edison") and his alien number ("2458208035" vs. "2458208335") have been carried into the Judgment. The Court liberally construed this filing as a Motion to Correct Clerical Error pursuant to Fed. R. Civ. Proc. 60(a).

Respondents have responded (Doc. 13), voicing no opposition to the motion "to correct Petitioner's name to read 'Edinson Espinosa Sanchez' and his Alien Registration Number to 'A# 245-820-835.'"

Although briefing on the motion is not complete, the Court finds further briefing unnecessary to a fair adjudication of the motion.

Rule 60(a) allows the Court to "correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." "In deciding whether a trial court may alter a judgment pursuant to Fed.R.Civ.P. 60(a), our circuit focuses on what the court originally intended to do. A judge may invoke Rule 60(a) in order to make a judgment reflect the actual intentions of the court, plus the

necessary implications." *Garamendi v. Henin*, 683 F.3d 1069, 1078 (9th Cir. 2012). "By this time, it is plain that misnomers with respect to parties may be corrected pursuant to [Rule 60(a)]." *PacifiCorp Capital, Inc. v. Hansen Properties*, 161 F.R.D. 285, 287 (S.D.N.Y. 1995). It makes no difference whether the error was generated by the Court or the parties. *Id.* (unopposed error by Plaintiff in naming defendant in complaint). *See also* 21A Fed. Proc., L. Ed. § 51:118 (Basis for and Extent of Corrective Relief) ("mistakes correctable under Rule 60(a) need not be committed by the clerk or the court but may be mistakes made by the parties or unknown persons").

Here, the Court's intent was directed to the person of Petitioner, whatever his name or "A" number.

**IT IS THEREFORE ORDERED:**

(A) Petitioner's Motion to Correct Clerical Error (Doc. 10) is **GRANTED**.

(B) The following are **DEEMED AMENDED** to identify Petitioner as "Edinson Espinoza Sanchez," "A# 245-820-835."

1. the Petition (Doc. 1); and
2. the Court's Order filed September 15, 2026 (Doc. 8) granting Petitioner's Petition for Writ of Habeas Corpus.

(C) The Clerk must enter an **AMENDED JUDGMENT** accordingly and make such other entries as may be appropriate to carry out this Order.

Dated: October 5, 2026

26-6311-010o Order 26 10 01 on Motion to Correct Clerical Error.docx

James F. Metcalf
United States Magistrate Judge